**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**WESTRIDGE ESTATE, LLC,**

            **Plaintiff,**

**v.**                        //   **CIVIL ACTION NO. 1:18CV135**
                                  **(Judge Keeley)**

**PRESTON FUNERAL ENTERPRISES, LLC,**

            **Defendant and Cross-Claim
            Plaintiff**

**and**

**HARTFORD CASUALTY INSURANCE COMPANY,**

            **Defendant and Cross-Claim
            Defendant.**

**ORDER GRANTING MOTIONS TO REMAND [DKT. NOS. 11, 12] AND
REMANDING CASE TO THE CIRCUIT COURT OF PRESTON COUNTY**

During a scheduling conference held on September 7, 2018 (Dkt. No. 21), the Court addressed the pending motions to remand filed by the plaintiff, Westridge Estates, LLC (Dkt. No. 11), and the defendant, Preston Funeral Enterprises, LLC (Dkt. No. 12). For the reasons stated on the record during the conference, the Court **GRANTED** the motions (Dkt. Nos. 11, 12) and **REMANDED** the case to the Circuit Court of Preston County, West Virginia.

It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this Order to counsel of record and to the Clerk of the Circuit Court of Preston County, West Virginia.

DATED: September 10, 2018

                              /s/ Irene M. Keeley
                              IRENE M. KEELEY
                              UNITED STATES DISTRICT JUDGE